## Commonwealth *v.* Dutton, Appellant.

Submitted June 9, 1975. *Robert O. D'Ambrosio,* and *Smith and D'Ambrosio,* for appellant;

*Timothy H. Knauer*, Assistant District Attorney, and *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Order affirmed.